UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                                ORDER ACCEPTING PLEA ALLOCUTION

                                08 Cr. 965 (SCR)

v.

Isaac Vargas,

---

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated March 4, 2009, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: *April 22, 2009*

                                                SO ORDERED:

                                                STEPHEN C. ROBINSON
                                                UNITED STATES DISTRICT JUDGE

[ELECTRONICALLY FILED stamp]